**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Levesseur, Steven B. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Steven LeVesseur Construction | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 4849 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State)<br>15650 Willamette St N.E.<br>Forest Lake, Mn     ZIPCODE 55025-9456 | Street Address of Joint Debtor (No. & Street, City, and State)     ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>Anoka | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE |
|---|

**Type of Debtor** (Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (Applicable to individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:** (Check any applicable box)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Steven B. Levesseur** |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>Prior Bankruptcy Case Filed Within Last 8 Years</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Location <br> Where Filed:   NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:   NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td width="50%" valign="top">
<p align="center"><strong>Exhibit A</strong></p>
<p>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)</p>
<p>☐  Exhibit A is attached and made a part of this petition.</p>
</td>
<td width="50%" valign="top">
<p align="center"><strong>Exhibit B</strong></p>
<p align="center">(To be completed if debtor is an individual <br> whose debts are primarily consumer debts)</p>
<p>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.</p>
<p>X _____ <br>      Signature of Attorney for Debtor(s)           Date</p>
</td>
</tr>
</table>

<table>
<tr>
<td width="50%" valign="top">
<p align="center"><strong>Exhibit C</strong></p>
<p>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?</p>
<p>☐  Yes, and Exhibit C is attached and made a part of this petition.</p>
<p>☒  No</p>
</td>
<td width="50%" valign="top">
<p align="center"><strong>Certification Concerning Debt Counseling <br> by Individual/Joint Debtor(s)</strong></p>
<p>☒  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.</p>
<p>☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)</p>
</td>
</tr>
</table>

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties sill be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes*

☐  Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Steven B. Levesseur |
|---|---|

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petiton preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /e/Steven B. Levesseur
_____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
May 10, 2005
_____
Date

#### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to § 1511 of title 11United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

#### Signature of Attorney

X /e/Terri A. Running
_____
Signature of Attorney for Debtor(s)
TERRI A. RUNNING
_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name
P.O. Box 16355
_____
Address
St. Paul, MN 55116
_____
651-699-6980
_____
Telephone Number
May 10, 2005
_____
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110(c).)

_____
Address
_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

# United States Bankruptcy Court
## District of Minnesota

In re    Steven B. Levesseur

_____
                    Debtor

Case No. _____

Chapter    7    _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 1,988,100.00 | | |
| B – Personal Property | YES | 5 | $ 81,523.17 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 5 | | $ 1,644,828.19 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 208,467.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,366.63 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 6,227.00 |
| **TOTAL** | | 25 | $ 2,069,623.17 | $ 1,853,296.09 | |

# United States Bankruptcy Court
## District of Minnesota

In re   Steven B. Levesseur                          Case No. _____

_____
          Debtor                                     Chapter        7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

In re   Steven B. Levesseur                                    Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| North 550 feet of that part of the Northeast Quarter of the Northwest Quarter (NE 1/4 of NW 1/4), Section 22, Township 32, Range 22, Anoka County, Minnesota, lying westerly of the west line of the recorded plat of Boehm's Corner, Anoka County, MN<br><br>Homestead - located at<br>15650 Willamette St NE<br>Forest Lake, Mn 55025-9456<br>Co - owned with spouse<br><br>9.8 acres in size/outside city limits | JTWROS | J | 403,700.00 | 237,944.16 |
| Lot 2, Block 1, Prairie Fields, Chisago County, Minnesota<br><br>Spec home located at:<br>100 - 424th St.<br>Fish Lake Township, MN  55032 | | J | 439,900.00 | 384,323.31 |
| | | Total | | |

(Report also on Summary of Schedules.)

In re    Steven B. Levesseur _____     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lot 5, Block 3, Prairie Fields, Chisago County, Minnesota.<br><br>spec home located at<br>346 Little Pine Lake Trail<br>Fish Township, MN  55032 | JTWROS | J | 469,900.00 | 302,905.98 |
| Lot 4, block 3, Prairie Fields, Chisago County, Minnesota.<br><br>Spec home located at<br>42130 Afton Ave.<br>Fish Lake Township, MN 55032 | JTWROS | J | 449,900.00 | 432,165.75 |
| Lot Five (5), Block Two (2), Prairie Fields, Chisago County, Minnesota<br><br>vacant lot | JTWROS | J | 74,900.00 | 56,843.00 |
| Lot Four (4), Block Two (2), Prairie Fields<br><br>vacant lot | JTWROS | J | 74,900.00 | 56,843.00 |
| Lot Three (3), Block Two (2), Praire Fields, Chisago County, Minnesota<br><br>vacant lot | JTWROS | J | 74,900.00 | 63,223.00 |

Total ➤   | 1,988,100.00 |

(Report also on Summary of Schedules.)

In re    Steven B. Levesseur                                    Case No. _____
_____
**Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | cash on hand | H | 5.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account 1st State Bank of Wyoming debtor's wages | H | 878.57 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Kodak film camera 5 years old Debtor's possession | J | 50.00 |
| | | 3 small tvs/ entertainment units Debtor's possession | J | 60.00 |
| | | household goods and furnishings/couch/table/chairs/bed Debtor's possession | J | 1,050.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | dvd's and vcr Debtor's possession | J | 35.00 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re   Steven B. Levesseur _____        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.   Wearing apparel. | | clothing  men's wardrobe<br><br>Debtor's possession | H | 200.00 |
| 7.   Furs and jewelry. | | Wedding ring and watch | H | 25.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Remax escrow account $8,000.00 | H | 8,000.00 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re   Steven B. Levesseur                                    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Remax<br>1001 East Highway 95<br>Cambridge, Mn 55008<br><br>Assigned to Parker Rosen LLC. on March 20th, 2006<br><br>Earned unpaid wages (estimated 3 days) | H | 609.60 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1972 Chevrolet pick-up paid $500.00 for it - doesn't run<br><br>Debtor's possession - in storage unit<br>vehicle is in pieces | H | 500.00 |
| | | 2006 GMC Yukon Denali w/ 2000 miles | J | 33,000.00 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668  -  31912

In re  Steven B. Levesseur
_____
**Debtor**

Case No. _____
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (martial interest, title and loan are in wife's name, but debtor makes the payments) Retail value per dealer is $33,000 and wholesale is $28,000.  Loan to Harris Bank is $28,171.  Equity is $4,829, debtor's equity is $2415.00. | | |
| | | 95 GMC CB pickup 192k good condition ($10,000.00) debtors possession | H | 10,000.00 |
| | | 2000 Felling FT 20 - 10 Ton equipment trailer (owes $6,000.00) debtor's possession | H | 6,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Dell computer and printer 5 years old Debtor's possession | J | 110.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | bobcat (400 hrs.) debtors possession | H | 20,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | 2 cats | W | 0.00 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

**In re** Steven B. Levesseur
          **Debtor**

**Case No.** _____
                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Construction tools - nail guns, mitre box, table saw & other finished carpentry tolls

Debtor's possession. debtor renewed contractors license and plans to continue work as a carpenter | H | 1,000.00 |

__0__ continuation sheets attached          Total          $ 81,523.17

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re   Steven B. Levesseur                                    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2):

☑   11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| North 550 feet of that part of the Northeast Quarter of the Northwest Quarter (NE 1/4 of NW 1/4), Section 22, Township 32, Range 22, Anoka County, Minnesota, lying westerly of the west line of the recorded plat of Boehm's Corner, Anoka County, MN | MS § 550.37(4)(a) | 165,755.84 | 403,700.00 |
| checking account 1st State Bank of Wyoming | MS § 550.37(13) | 659.00 | 878.57 |
| 3 small tvs/ entertainment units | MS § 550.37(4)(b) | 60.00 | 60.00 |
| dvd's and vcr | MS § 550.37(4)(b) | 35.00 | 35.00 |
| clothing  men's wardrobe | MS § 550.37(4)(a) | 200.00 | 200.00 |
| 2 cats | MS § 550.37(4)(a) | 0.00 | 0.00 |
| 2006 GMC Yukon Denali w/ 2000 miles | MS § 550.37(12a) | 2,415.00 | 33,000.00 |
| Construction tools - nail guns, mitre box, table saw & other finished carpentry tolls | MS § 550.37(6) | 1,000.00 | 1,000.00 |
| household goods and furnishings/couch/table/chairs/bed | MS § 550.37(4)(b) | 1,050.00 | 1,050.00 |
| Earned unpaid wages (estimated 3 days) | MS § 550.37(13) | 457.00 | 609.60 |
| Wedding ring and watch | MS § 550.37(4)(a) | 25.00 | 25.00 |

**In re** _____Steven B. Levesseur_____,  **Case No.** _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN  55092 | X | | Incurred: 09/2004<br>Lien: First Mortgage<br>Security: Lot 5, Block 3, Prairie Fields<br><br>VALUE $　　　469,900.00 | | | | 271,327.98 | 0.00 |
| ACCOUNT NO. 83145<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN  55092 | X | | Incurred: 9/19/2003<br>Lien: First Mortgage<br>Security: Lot 5, Block 2, Prairie Fields<br><br>VALUE $　　　74,900.00 | | | | 56,843.00 | 0.00 |
| ACCOUNT NO. 83144<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN  55092 | X | | Incurred: 9/19/2003<br>Lien: First Mortgage<br>Security: Lot 4, Block 2, Prairie Fields<br><br>VALUE $　　　74,900.00 | | | | 56,843.00 | 0.00 |
| ACCOUNT NO. 83143<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN  55092 | X | | Incurred: 9/19/2003<br>Lien: First Mortgage<br>Security: Lot Three, Block 2, Prairie Fields<br><br>VALUE $　　　74,900.00 | | | | 63,223.00 | 0.00 |

__4____ continuation sheets attached

Subtotal ▶ $　448,236.98
(Total of this page)

Total ▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re Steven B. Levesseur_____,     Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN 55092 | | | Incurred: 3/2006<br>Lien: Security agreement<br>Security: 2000 Felling FT 20-10 ton equipment trailer<br><br>VALUE $ 6,000.00 | | | | 6,000.00 | 0.00 |
| ACCOUNT NO. 85124<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN 55092 | | | Incurred: 3/2006<br>Lien: Security interest<br>Security: 95 GMC CB Pick-up<br><br>VALUE $ 10,000.00 | | | | 10,010.00 | 10.00 |
| ACCOUNT NO. 83459<br><br>1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN 55092 | | | Incurred: 5/20/04<br>Lien: security agreement<br>Security: 2003 Bobcat<br><br>VALUE $ 20,000.00 | | | | 32,600.67 | 12,600.67 |
| ACCOUNT NO.<br><br>Cambridge State Bank<br>127 South Main Street PO Box 472<br>Cambridge, MN 55008 | X | | Incurred: 03/31/05<br>Lien: Home equity line of credit<br>Security: Homestead<br><br>VALUE $ 403,700.00 | | | | 125,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Duane Anderson Plumbing<br>43265 Decker Avenue<br>Harris, MN 55032 | | | Incurred: 4/2006<br>Lien: mechanics lien<br>Security: 42130 Afton Ave.<br><br>VALUE $ 449,900.00 | | | | 6,000.00 | 0.00 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ 179,610.67
(Total of this page)

Total $
(Use only on last page)

In re **Steven B. Levesseur** _____ ,     Case No. _____

**Debtor**           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Duane Anderson Plumbing<br>43265 Decker Avenue<br>Harris, MN 55032 | | | Incurred: 4/2006<br>Security: 346 Little Pine Lake Trail<br><br>VALUE $    469,900.00 | | | | 13,140.00 | 0.00 |
| ACCOUNT NO.<br><br>Hagen's Custom Woodworking<br>669 S.W. 15th St.<br>Forest Lake, MN 55025 | | | Incurred: 4/2006<br>Security: 346 Little Pine Lake Trail<br><br>VALUE $    469,900.00 | | | | 13,473.00 | 0.00 |
| ACCOUNT NO.<br><br>Lamperts<br>1850 Como Avenue<br>St. Paul, MN 55108 | | | Lien: mechanics lien<br>Security: Lot 4, Block 3<br><br>VALUE $    449,900.00 | | | | 53,911.06 | 0.00 |
| ACCOUNT NO.<br><br>Lamperts<br>1850 Como Avenue<br>St. Paul, MN 55108 | | | Incurred: 4/2006<br>Lien: mechanics lien<br>Security: Lot 5, Block 3<br><br>VALUE $    469,900.00 | | | | 75,205.26 | 0.00 |
| ACCOUNT NO.<br><br>Lamperts<br>1850 Como Avenue<br>St. Paul, MN 55108 | | | Incurred: 4/2006<br>Lien: mechanics lient<br>Security: Lot 2, Block 1<br><br>VALUE $    439,900.00 | | | | 53,922.06 | 0.00 |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► $   209,651.38
(Total of this page)

Total $
(Use only on last page)

In re <u>Steven B. Levesseur</u>                    ,        Case No. _____
                          **Debtor**                                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nordic Insulation <br> 1550 93rd Lane NE <br> Blaine, MN 55449 | | | Incurred: 4/2006 <br> Lien: mechancis lien <br> Security: 346 Little Pine Lake Trail <br><br> VALUE $      469,900.00 | | | | 4,965.00 | 0.00 |
| ACCOUNT NO. <br><br> Nordic Insulation <br> 1550 93rd Lane NE <br> Blaine, MN 55449 | | | Incurred: 4/2006 <br> Lien: mechanics lient <br> Security: 42130 Afton Avenue <br><br> VALUE $      449,900.00 | | | | 4,635.00 | 0.00 |
| ACCOUNT NO. <br><br> River Bank <br> 11151 Lake Blvd. <br> PO Box A <br> Chicago City, MN | X | | Incurred: 09/05 <br> Lien: First Mortgage <br> Security: 42130 Afton Ave. <br><br> VALUE $      439,900.00 | | | | 346,500.00 | 0.00 |
| ACCOUNT NO. <br><br> River Bank <br> 11151 Lake Blvd. <br> PO Box G <br> Chisago City, MN  55013 | X | | Incurred: 02/2004 <br> Lien: First Mortgage <br> Security: 100 - 424th St Fish Lake <br> Township, MN  55032 <br><br> VALUE $      439,900.00 | | | | 333,401.25 | 0.00 |
| ACCOUNT NO. <br><br> TCF Morgage <br> 801 Marquette <br> Minneapolis, MN  55402 | X | | Incurred: 6/2003 <br> Lien: First Mortgage <br> Security: Homestead <br><br> VALUE $      403,700.00 | | | | 112,944.16 | 0.00 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal    $   802,445.41
(Total of this page)

Total    $
(Use only on last page)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re __Steven B. Levesseur_____ ,     Case No. _____
                           **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TCF Mortgage<br>P.O. Box 1119<br>Minneapolis, MN 55480 | | | Security: First Mortgage<br>Homestead<br>alternate address<br><br>VALUE $ 0.00 | | | | | |
| ACCOUNT NO. 2788000<br><br>United Products Corporation<br>200 West Sycamore Street<br>St. Paul, MN  55117 | | | Incurred: 2006<br>Lien: mechanics lien<br>Security: Lot 4, Block 3<br><br>VALUE $ 449,900.00 | | | | 4,883.75 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                                  Subtotal ➤ | $ 4,883.75
(Total of this page)

                                  Total ➤ | $ 1,644,828.19
(Use only on last page)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

Form B6E
(10/05)

In re Steven B. Levesseur _____.     Case No._____
<div style="margin-left:120px">Debtor</div>         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

In re___Steven B. Levesseur_____,     Case No._____
_____Debtor_____                                                                    (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

In re ___Steven B. Levesseur_____,    Case No. _____

**Debtor**    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Condor<br>8282 Arthur St. NE<br>Spring Lake Park, MN 55432 | | | Incurred: 02/24/2006<br>Consideration: business debt | | | | 285.00 |
| ACCOUNT NO.<br><br>Daniel N. Rosen<br>Parker Rosen, LLC<br>133 First Ave North<br>Minneapolis, Mn 55401 | | | Incurred: 03/2005 - 03/2006<br>Consideration: possible lawsuit breach of contract - business | | | | 8,100.75 |
| ACCOUNT NO.<br><br>E & D Excavating<br>32103 Hwy 47 NW<br>Cambridge, MN 55008 | | | Incurred: 3/2006 | | | | 14,000.00 |
| ACCOUNT NO.  4388096100015504<br>First Bank of Wyoming Visa<br>PO Box 30495<br>Tampa, Fl  33630 | | | Incurred: 02/2005 - 11/2005<br>Consideration: business debt | | | | 8,105.38 |

___5___ continuation sheets attached

Subtotal ➤    $    30,491.13
(Total of this page)

Total ➤    $
(Use only on last page)

(Report total also on Summary of Schedules)

In re   Steven B. Levesseur                        ,           Case No. _____

       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GenErik Heating & Cooling, Inc.<br>8703 347th St<br>Stacy, MN  55079 | | | Incurred: 11/14/05<br>Consideration: business debt | | | | 11,385.00 |
| ACCOUNT NO.<br><br>GenErik Heating & Cooling, Inc.<br>8703 347th St<br>Stacy, MN  55079 | | | Incurred: 11/14/2005<br>Consideration: Business Debt | | | | 9,000.00 |
| ACCOUNT NO.<br><br>GenErik Heating and Cooling Inc.<br>8703 347th St.<br>Stacy, MN 55079 | | | Incurred: 11/14/2005<br>Consideration: business debt | | | | 18,345.00 |
| ACCOUNT NO.  5466410260759789<br><br>GM Card<br>PO Box 80082<br>Salinas, Ca  93912-0082 | | | Incurred: 02/2005 - 05/2006<br>Consideration: business debt | | | | 25,466.08 |
| ACCOUNT NO.<br><br>Hasser Garage Doors Inc.<br>340 Bayberry Rd.<br>Braham, MN  55006 | | | Incurred: 01/30/2006<br>Consideration: business debt | | | | 2,248.00 |

Sheet no. __1__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $       66,444.08
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

**In re** Steven B. Levesseur                                    ,        **Case No.** _____

                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M & S Drywall Supply<br>12450 Beard Ave. S.<br>Burnsville, MN  55337 | | | Incurred: 01/24/06<br>Consideration: business debt | | | | 3,104.77 |
| ACCOUNT NO.<br><br>Maroschek Drywall<br>28361 Forest Blvd.<br>Wyoming, MN  55092 | | | Incurred: 01/30/06<br>Consideration: business debt | | | | 2,650.00 |
| ACCOUNT NO.<br><br>Micheal & Karen Chopp<br>31624 wittenberg St NE<br>North Branch, MN  55056 | | | Incurred: 2003<br>Consideration: Lawsuit - breach of contract | | | X | Unknown |
| ACCOUNT NO.<br><br>Nash and Lodge PLLP.<br>2705 Bucker Lake Blvd.<br>Ste 107<br>Andover, Mn 55304 | | | Incurred: 2005 - 2006<br>Consideration: possible attorney fees - lawsuit breach of contract - business | | | X | Unknown |
| ACCOUNT NO.<br><br>Norway Electric Company, Inc.<br>5390 260th St<br>Wyoming, MN  55092 | | | Incurred: 09/15/2005<br>Consideration: business debt | | | | 12,858.00 |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     18,612.77
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re  Steven B. Levesseur                                    ,        Case No. _____
            **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Norway Electric Company, Inc. <br> 5390 260th Street <br> Wyoming, MN 55092 | | | Incurred: 12/22/05 <br> Consideration: business debt | | | | 6,000.00 |
| ACCOUNT NO. <br><br> Phil and Julie Simon <br> C/O Shirt Tail Express <br> 642 Elms Lake Road <br> Cambridge, Mn 55008 | | | Incurred: 2005 <br> Consideration: Possible breach of contract lawsuit | | | X | Unknown |
| ACCOUNT NO. <br><br> Ramberg Construction, Inc. <br> 9552 - 375th St. <br> North Branch, MN 55056 | | | Incurred: 02/09/06 <br> Consideration: business debt | | | | 3,360.00 |
| ACCOUNT NO. <br><br> Remax Associates <br> 1001 East Highway 95 <br> Cambridge, Mn 55008 | | | Incurred: 2005 <br> Consideration: lawsuit breach of contract - business | | | X | Unknown |
| ACCOUNT NO. <br><br> ReMax Associates <br> 299 Coon Rapids Blvd. <br> Coon Rapids, MN 55433 | | | Incurred: 2005 <br> Consideration: alternte address | | | | Notice Only |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      9,360.00
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re   Steven B. Levesseur                              ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sampson Well Company<br>6901 167th Ave.<br>Forest Lake, MN | | | Incurred: 10/2005<br>Consideration: business debt | | | | 6,090.00 |
| ACCOUNT NO.<br><br>Scott Michelle Muellner<br>38308 Branch Ave<br>North Branch, Mn 55056 | | | Incurred: 2002 - 2006<br>Consideration: possible lawsuit breach of contract - business | | | X | Unknown |
| ACCOUNT NO.<br><br>T & R Painting<br>PO Box 21181<br>Columbia Hifghts, MN  55421 | | | Incurred: 09/07/2005<br>Consideration: business debt | | | | 8,820.00 |
| ACCOUNT NO.<br><br>T & R Painting<br>PO Box 21181<br>Columbia Hifghts, MN  55421 | | | Incurred: 9/2005<br>Consideration: Business debt | | | | 9,000.00 |
| ACCOUNT NO.<br><br>Tar Paper Shacks, Inc.<br>C/O Michael Chopp<br>1001 E. Highway 95<br>Cambridge, MN  55008 | | | Incurred: 2005<br>Consideration: possible breach of contract lawsuit | | | X | Unknown |

Sheet no. __4__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $     23,910.00
(Total of this page)
Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re   Steven B. Levesseur                                    ,        Case No. _____
               **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tim Leland<br>280 424th St.<br>Harris, Mn 55032 | | | Incurred: 2005 - 2006<br>Consideration: possible breach of contract lawsuit | | | X | Unknown |
| ACCOUNT NO. 4190080825900131<br><br>US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408 | | | Incurred: 12/2005 - 03/2006<br>Consideration: business debt | | | | 35,181.96 |
| ACCOUNT NO. 4761538565000270<br><br>US Bank World Perks Visa<br>PO Box 790408<br>St. Louis, Mo 63179-0408 | | | Incurred: 12/2005 - 02/2005<br>Consideration: business debt | | | | 24,467.96 |
| ACCOUNT NO.<br><br>William Tooze<br>40580 Fenian Way<br>North Branch, Mn 55056 | | | Incurred: 2004 - 2006<br>Consideration: possible lawsuit breach of contract - business | | | X | Unknown |
| ACCOUNT NO. | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 59,649.92
(Total of this page)

Total ➤ $ 208,467.90
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  Steven B. Levesseur                                    Case No. _____

                 **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hallberg Storage Wyoming, MN | Storage Unit - Leased (contents = 1972 Chev. Pick-up) <br><br> Lease on nonresidential real property |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

**In re** <u>Steven B. Levesseur</u>                                      **Case No.** _____
                 **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kathleen L. LeVesseur<br>15650 Willamette Ct. NE<br>Forest Lake, MN 55025 | TCF Morgage<br>801 Marquette<br>Minneapolis, MN  55402 |
| Kathleen L. LeVesseur<br>15650 Willamette Ct. NE<br>Forest Lake, MN 55025 | 1st St Bank of Wyoming<br>26741 Felton Ave.<br>PO Box 308<br>Wyoming, MN  55092 |
| Kathleen L. LeVesseur<br>15650 Willamette Ct. NE<br>Forest Lake, MN 55025 | River Bank<br>11151 Lake Blvd.<br>PO Box A<br>Chicago City, MN |
| Kathleen L. LeVesseur<br>15650 Willamette Ct. NE<br>Forest Lake, MN 55025 | Cambridge State Bank<br>127 South Main Street PO Box 472<br>Cambridge, MN 55008 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re    Steven B. Levesseur                          Case No. _____

_____                                                         (if known)
        Debtor

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status:<br><br>Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br><br>     No dependents | AGE |

| Employment:<br>Occupation | DEBTOR<br>truck driver | SPOUSE |
|---|---|---|
| Name of Employer | Taylor Truck Lines, Inc. | |
| How long employed | 5 weeks | |
| Address of Employer | 31485 Northfield Blvd. | |
| | Northfield, MN 55057 | |

**Income:** (Estimate of monthly income as of the filing of the petition)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,843.24 | $ 0.00 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 3,843.24 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 676.61 | $ 0.00 |
|     b.  Insurance | $ 0.00 | $ 0.00 |
|     c.  Union Dues | $ 0.00 | $ 0.00 |
|     d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 676.61 | $ 0.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 3,166.63 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income (D)spouse income - Marshall Fields part time (Specify) _____ | $ 200.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14.  SUBTOTAL OF INCOME REPORTED ONLINES 7 THROUGH 13 | $ 200.00 | $ 0.00 |
| 15.  TOTAL MONTHLY INCOME (Add amounts shown on Lines 6 through 14.) | $ 3,366.63 | $ 0.00 |

16.  TOTAL COMBINED MONTHLY INCOME     $ 3,366.63                       (Report also on Summary of Schedules)

17.  Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

In re   Steven B. Levesseur _____     Case No. _____
            **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,628.00 |
|    a. Are real estate taxes included?    Yes _____ No ___✓___ | | |
|    b. Is property insurance included?    Yes _____ No ___✓___ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 375.00 |
|            b. Water and sewer | | $ 20.00 |
|            c. Telephone | | $ 170.00 |
|            d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 150.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 17.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 279.00 |
| 8. Transportation (not including car payments) | | $ 208.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 200.00 |
| 10.Charitable contributions | | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 140.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 930.00 |
|            d.Auto | | $ 100.00 |
|            e. Other _____ | | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (in chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 600.00 |
|            b. Other _____ | | $ 0.00 |
|            c. Other _estimated payment 1995_ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____2nd mortgage_____ | | $ 900.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 6,227.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:   None

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Total projected monthly income | | $ 3,366.63 |
|     b. Total projected monthly expenses | | $ 6,227.00 |
|     c. Monthly net income (a. minus b.) | | $ -2,860.37 |

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*

21. Total amount to be paid into plan $_____N.A.____each _____N.A._____(interval).

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. - ver. 4.0.2-668 - 31912

In re   Steven B. Levesseur                                          Case No. _____
                    **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 26 _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.            *(Total shown on summary page plus 1.)*

Date   May 10, 2005                                Signature:   /e/Steven B. Levesseur
                                                                                        Debtor:

Date _____                    Signature:   Not Applicable
                                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                        _____
Printed or Typed Name of Bankruptcy Petition Preparer                        Social Security No.
                                                                                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                        _____
Signature of Bankruptcy Petition Preparer                                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.            *(Total shown on summary page plus 1.)*

Date _____                    Signature: _____

                                                                                _____
                                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In Re   Steven B. Levesseur             Case No. _____
                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2006(db) | 6,760.27 | husband's wages $4434.51 - husband's  wages; $2,325.76) |
| 2005(db) | -147,095 | husband's business loss ($-105,833), husband's gain on sale of business equipment ($4,072), husband's net operating loss (-$45,284) |
| 2004(db) | -44,685 | husbands business loss (-47,588), husbands gain on sale of business equipment, husband net operating loss($-44,685) |
| 2006(nfs) | 195.62 | wife's wages YTD |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668  -  31912

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(nfs) | 1,318 | wife's wages ($1,318) |
| 2004(nfs) | 2,304 | wife's wages ($2,304) |

---

**2.   Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2005(db) | 96. | husband interest income |
| 2004(db) | 32 | husband interest income |
| 2005(nfs) | 4,816 | wife's Target 401k distribution |
| 2004(nfs) | 2,140 | wife's 401(k) distribution |

---

None
☐

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Harris Bank (2006 GMC payment) | 02/10/2006 | 600.00 | |
| Harris Bank (2006 GMC payment) | 03/10/2006 | 600.00 | |
| Harris Bank (2006 GMC payment) | 04/14/2006 | 600.00 | |
| TCF Morgage 801 Marquette Minneapolis, MN  55402 | 03/10/2006 | 1700.00 | |

(regular monthly mortgage payment)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| TCF Morgage<br>801 Marquette<br>Minneapolis, MN 55402 | 04/26/2006 | 1700.00 | 112,944. |

(regular monthly mortgage payments)

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Cambridge State Bank<br>127 South Main Street PO Box 472<br>Cambridge, MN 55008<br>Paid of 1st MTG on spec home pursuant to sale - ordinary course of business - gross sale price=$387,000 - settlement costs & taxes of settlement charges for sale of spec home = $4/14/06 | 4/14/06 | 340,539.89 | 0 |
| GM Card<br>PO Box 80082<br>Salinas, Ca 93912-0082<br><br>regular monthly payment | 02/18/06 | 300.00 | 25,108.35 |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 03/20/2006 | 750.00 | 25,108.35 |
| First State Bank of Wyoming<br>PO Box 30495<br>Tampa, FL 63360<br><br>regular monthly payment | 03/10/2006 | 500.00 | 8105.38 |
| First Bank of Wyoming Visa<br>PO Box 30495<br>Tampa, Fl 33630<br><br>regular monthly payment | 03/24/2006 | 300.00 | 8,035.33 |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 02/18/2006 | 500.00 | 15872.70 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 03/10/06 | 800.00 | 15072.70 |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 02/18/2006 | 500.00 | 35,349.16 |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 02/25/06 | 600.00 | 34,856.56 |
| US Bank<br>PO Box 790408<br>St Louis, Mo 63179-0408<br><br>regular monthly payment | 03/10/06 | 500.00 | 35,349.16 |
| Herman Insurance<br>6197 Main Street<br>PO Box 160<br>North Branch, MN 55056<br><br>insurance policy | 02/20/06 | 875.32 | 0.00 |
| Herman Insurance<br>6197 Main Street<br>PO Box 160<br>North Branch, MN 55056<br><br>insurance policy | 02/20/2006 | 367.56 | |
| First State Bank of Wyoming<br>PO Box 30495<br>Tampa, FL 63360 | 03/10/2006 | 1415.00 | 271327.98 |
| GM Card<br>PO Box 80082<br>Salinas, Ca 93912-0082<br><br>regular monthly payment | 03/20/2006 | 450.00 | 22712.56 |

None

☒

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chopp V. LeVessuer Case No. 05-05-3074 | Breach of contract (note) | Anoka county | pending |
| Associates Plus, Inc. d/b/a Remax V. LeVessuer | Breach of contract (commissiion) | Anoka County | Pending |

None

☒

    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Terri A. Running<br>P.O. Box 16355<br>St. Paul, MN 55116 | 4/2006 | $4,299 ($299 filling fee and $4,000 attorney's fees) |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sale of spec home to unrelated third party located at 42330 Afton Ave.<br>Harris MN 55032<br>ordinary course of business<br>Relationship: unrelated | 04/14/06 | Net proceeds to Debtor was $2,325.76 |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| River Bank | checking account<br>Closing Balance: overdrawn | closed by bank 4/6/06 |

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☒

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☒    a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                       DATES SERVICES RENDERED

None ☒    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                              ADDRESS

None ☒    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                           DATE
                                                                                 ISSUED

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                                      (Specify cost, market or other basis)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668  -  31912

None ☒ b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒ a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒ a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒ If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒       of any consolidated group for tax purposes of which the debtor has been a member at any time within the
        six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date ___May 10, 2005_____    Signature     ___/e/Steven B. Levesseur_____
                                         of Debtor     STEVEN B. LEVESSEUR

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                        (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re    Steven B. Levesseur              ,       Case No. _____

                    Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

[✓] I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

[ ] I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

[✓] I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| North 550 feet of that part of ... | TCF Morgage | | ✓ | | ✓ |
| North 550 feet of that part of ... | Cambridge State Bank | | ✓ | | ✓ |
| 95 GMC CB pickup 192k go... | First Bank of Wyoming | | | | ✓ |
| bobcat (400 hrs.) | First Bank of Wyoming | ✓ | | | |
| 2000 Felling FT 20 - 10 Ton ... | First Bank of Wyoming | ✓ | | | |
| Lot 2, Block 1, Prairie Fields,... | River Bank | ✓ | | | |
| Lot 2, Block 1, Prairie Fields,... | mechancis liens | ✓ | | | |
| Lot 5, Block 3, Prairie Fields,... | 1st State Bank of Wyomi... | ✓ | | | |
| Lot 5, Block 3, Prairie Fields,... | mechanics liens | ✓ | | | |
| Lot 4, block 3, Prairie Fields, ... | River Bank | ✓ | | | |
| Lot 4, block 3, Prairie Fields, ... | mechanics liens | ✓ | | | |
| Lot Five (5), Block Two (2), ... | First State Bank of Wyom... | ✓ | | | |
| Lot Four (4), Block Two (2), ... | First Bank of Wyoming | ✓ | | | |
| Lot Three (3), Block Two (2),... | First STate Bank of Wyo... | ✓ | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:    May 10, 2005            /e/Steven B. Levesseur

                                      Signature of Debtor      STEVEN B. LEVESSEUR

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## (CONTINUATION SHEET - Debtor)

In re _____Steven B. Levesseur_____ ,     Case No._____

 Debtor                                    Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer              Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

_____
Address
X_____             _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

In re    Steven B. Levesseur
_____
                    Debtor(s)

Case Number: _____
                    (If known)

| According to the calculations required by this statement: |
|---|
| ☐ **Presumption arises** |
| ☑ **Presumption does not arise** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
## FOR USE IN CHAPTER 7 ONLY

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS |
|---|

| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the "Presumption does not arise" box at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. |
|---|---|
| | ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☑ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** |
|---|---|

| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 739.08 | $ 115.93 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | $ 387.62 | $ 0.00 |
|---|---|---|---|---|
| | a. | Gross receipts | $ 64,500.00 | | |
| | b. | Ordinary and necessary business expenses | $ 64,112.37 | | |
| | c. | Business Income | Subtract Line b from Line a | | |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | a. | Gross receipts | $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 | | |
| | c. | Rental Income | Subtract Line b from Line a | | |

| 6 | **Interest, dividends and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include contributions from the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

| 9 | **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ ___0.00___   Spouse $ ___0.00___ | $         0.00 | $         0.00 |
| 10 | **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. <br><br> a. _____ $ 0.00 <br> b. _____ $ 0.00 <br><br> Total and enter on Line 10 | $         0.00 | $         0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 9 in Column B. Enter the total(s). | $    1,126.70 | $     115.93 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $    1,126.70 | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $    13,520.40 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: __Minnesota__   b. Enter debtor's household size: __2__ | $    56,449.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI and VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $         N.A. |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter the amount of the income listed in Line 11, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents. If you did not check box at Line 2.c, enter zero. | $         N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $         N.A. |

## Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | N.A. |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses** Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | N.A. |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ N.A. |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ N.A. |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a |
| | | | $ N.A. |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: _____ _____ _____ | $ N.A. |
|---|---|---|

| 22 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0 ☐ 1 ☐ 2 or more. Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ N.A. |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1 ☐ 2 or more. Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $ N.A. |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ N.A. |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |
| | | | $ N.A. |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, Second Car. (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 2, as state in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ N.A. |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ N.A. |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |
| | | | $ N.A. |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ N.A. |
|---|---|---|

| 26 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $ N.A. |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums on your dependents, for whole life or for any other form of insurance.** | $ N.A. |
|---|---|---|

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-668 - 31912

| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments.  **Do not include payments on past due support obligations included in Line 44.** | $  N.A. |
|----|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is require for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $  N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. **Do not include payments made for children's education.** | $  N.A. |
| 31 | **Other Necessary Expenses: health care.**  Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 34.** | $  N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents.  Do not include any amount previously deducted. | $  N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $  N.A. |

### Subpart B: Additional Expense Deductions under § 707(b)
### Note: Do not include any expenses that you have listed in Lines 19-32.

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. | | |
|----|---|---|---|
|    | a. | Health Insurance | $  N.A. |
|    | b. | Disability Insurance | $  N.A. |
|    | c. | Health Savings Account | $  N.A. |
|    | | | Total: Add Lines a, b and c  $  N.A. |

| 35 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $  N.A. |
|----|---|---|
| 36 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | $  N.A. |
| 37 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | $  N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $  N.A. |
| 39 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $  N.A. |
| 40 | **Continued charitable contributions.**   Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ N.A. |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. **Do not include items you have previously deducted, such as insurance and taxes.** |||||
|---|---|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

$    N.A.

| 43 | **Past due payments on secured claims.** If any of the debts listed in Line 42 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

$    N.A.

| 44 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $    N.A. |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |
|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $    N.A. |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | N.A. |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$    N.A.

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $    N.A. |
|---|---|---|

## Subpart D: Total Deductions Allowed under § 707(b)(2)

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $    N.A. |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $    N.A. |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $    N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $    N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $    N.A. |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,000.** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,000.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,000, but not more than $10,000.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | | |
|---|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | N.A. |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 57 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount | |
|---|---|---|---|
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |
| | Total: Add Lines a, b and c | $ | N.A. |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this a joint case, both debtors must sign.)<br><br>Date: May 10, 2005      Signature: /e/Steven B. Levesseur<br>                                                        (Debtor)<br><br>Date: May 10, 2005      Signature: _____<br>                                              (Joint Debtor, if any) |

# Form 22 Continuation Sheet

## Income Month 1

| | | |
|---|---|---|
| Gross wages, salary, tips... | 1,016.26 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Income Month 2

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,418.25 | 0.00 |
| Income from business... | 2,325.76 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Income Month 3

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 195.62 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Income Month 4

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Income Month 5

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Income Month 6

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 500.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:  *Steven B. Levesseur,*

                                      BKY No.
                                        Chapter 7

             Debtor(s).

_____

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)
_____

        The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and §329(a) of the Bankruptcy Code, states that:

1. The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2. (a)  The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:    **$   299.00**
   (b)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned for
   the Basic Services is:    **$  4,000.00**
   (c)  Prior to filing this statement, the debtor(s) paid to the undersigned:    **$  4,000.00**
   (d)  The unpaid balance due and payable by the debtor(s) to the undersigned is:    **$    0.00**

3. The Basic Services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11 of the U.S. Code; (b) preparation and filing of the petition, exhibits, attachments schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; and (d) and responding to routine letters and calls from creditors, other than in connection with contested matters or adversary proceedings (the "Basic Services").  The Debtor(s) have agreed to pay the undersigned at the hourly rate of $250.00 for services in addition to the Basic Services that are reasonably necessary to represent the Debtor(s) in this case (the "Supplemental Services").

4.  The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payment by the debtor(s) except as follows:  **None**.

5.  The undersigned has not shared or agreed to share with any person other than with members of the undersigned's law firm any compensation paid or to be paid.


Dated:  May 10, 2006                         *_/e/ Terri A. Running_____*
                                               Terri A. Running (#238338)
                                               ***Georgen-Running Law Firm,***
                                               ***A Professional Corporation***
                                               P.O. Box 16355
                                               St. Paul, MN 55116
                                               651-699-6980
                                               651-292-1234 (Facsimile)

                                               Attorney for Debtor(s)