MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>06-40813-DDO</u> |
| LEVESSEUR, STEVEN B | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>153,433.88</u>, disbursements of $<u>82,431.41</u>, and balance on hand of $<u>71,002.47</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>10,921.69</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>10,921.69</u> for final compensation and an additional $<u>124.07</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $15,360.69, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 10,921.69 | 10,921.69 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 124.07 | 124.07 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 1,463.75 | 1,463.75 |
| LEONARD OBRIEN SPENCER GALE & SAYRE | TRUSTEE ATTORNEY FEES | 980.75 | 980.75 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 1,596.50 | 1,596.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 154.73 | 154.73 |
| LEONARD, O'BRIEN, SPENCER, GALE & S | TRUSTEE ATTORNEY EXPENSES | 75.00 | 75.00 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 44.20 | 44.20 |
|  | Total | 15,360.69 | 15,360.69 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
|  |  |  |  |  |

(c) $55,641.78, for unsecured creditors allowed in the total amount of $393,798.66, yielding a dividend of 14.1294996% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| 1st St Bank of Wyoming | 000013 | 12,399.48 | 1,751.98 |
| E & D Excavating | 000010 | 15,124.00 | 2,136.95 |
| HSBC Bank Nevada NA / HSBC Card Ser | 000001 | 25,466.08 | 3,598.23 |
| LAMPERTS YARDS INC* | 000018 | 197,379.18 | 27,888.69 |
| MICHEAL & KAREN CHOPP* | 000016 | 21,844.00 | 3,086.45 |
| Micheal & Karen Chopp | 000017 | 15,000.00 | 2,119.42 |
| Norway Electric Company, Inc. | 000005 | 18,858.00 | 2,664.54 |
| REMAX ASSOCIATES PLUS | 000020 | 8,000.00 | 1,130.36 |
| TAR PAPER SHACKS INC | 000019 | 20,000.00 | 2,825.90 |
| US BANK NA | 000007 | 35,220.96 | 4,976.55 |
| US BANK NA* | 000011 | 24,506.96 | 3,462.71 |
| Total | | $393,798.66 | $55,641.78 |

7. The trustee's distribution of gross receipts of $153,433.88 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 10,921.69 | a. | Trustee Compensation |
| $ | 66,340.25 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 10,348.79 | d. | Other Professionals |
| $ | 10,181.37 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 55,641.78 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 153,433.88 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 153,433.88 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

   WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: January 3, 2008      /e/ Randall L. Seaver
                 RANDALL L. SEAVER, Trustee
                 12400 PORTLAND AVENUE SOUTH
                 SUITE 132
                 BURNSVILLE, MN  55337
                 (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

   I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 1/31/08            HABBO G. FOKKENA
                 UNITED STATES TRUSTEE
                 Region 12

              By: /s/ Tom Kleiner

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 06-40813 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | LEVESSEUR, STEVEN B | Date Filed (f) or Converted (c): | 05/10/06 (f) |
| | | 341(a) Meeting Date: | 06/06/06 |
| For Period Ending: | 01/05/08 | Claims Bar Date: | 09/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 878.57 | 0.00 | | 0.00 | FA |
| Partial exemption claimed. Balance included in settlement with debtor at items 5 and 32. | | | | | |
| 2. CASH ON HAND | 5.00 | 0.00 | DA | 0.00 | FA |
| INCONSEQUENTIAL VALUE SO DA | | | | | |
| 3. 2000 FELLING TRAILER | 6,000.00 | 4,300.00 | | 4,300.00 | FA |
| The 2000 Felling trailer and bobcat were sold at auction for a gross amount of $4,300.00 and $25,500.00, less a commission totalling $4,470.00 and expenses of sale of $789.69, for a net to the estate of $25,540.31. | | | | | |
| 4. BOBCAT | 20,000.00 | 25,500.00 | | 25,500.00 | FA |
| SEE NOTE AT ITEM 3 | | | | | |
| 5. HOMESTEAD | 403,700.00 | 60,000.00 | | 60,000.00 | FA |
| Debtor claimed exemption. Objection made. | | | | | |
| 6. NON-HOMESTEAD REAL ESTATE (100 424TH STREET) | 439,900.00 | 55,576.69 | OA | 0.00 | FA |
| 7. SPEC HOME AT LITTLE PINE LAKE TRAIL | 469,900.00 | 166,994.02 | OA | 0.00 | FA |
| 8. SPEC HOME ATAFTON AVENUE | 449,900.00 | 17,734.25 | OA | 0.00 | FA |
| 9. VACANT LOT (5) | 74,900.00 | 1.00 | OA | 0.00 | FA |
| 10. VACANT LOT (4) | 74,900.00 | 1.00 | OA | 0.00 | FA |
| 11. VACANT LOT (3) | 74,900.00 | 0.00 | OA | 0.00 | FA |
| 12. 1995 GMC PICKUP | 10,000.00 | 0.00 | DA | 0.00 | FA |
| LIEN TO EXTENT OF VALUE SO DA | | | | | |
| 13. 1972 CHEV PICKUP | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. 2006 GMC YUKON DENALI | 33,000.00 | 0.00 | DA | 0.00 | FA |
| LIEN EXCEEDS VALUE SO DA | | | | | |
| 15. COMPUTER AND RELATED ITEMS | 110.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 12.10a

| Case No: | 06-40813 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | LEVESSEUR, STEVEN B | Date Filed (f) or Converted (c): | 05/10/06 (f) |
| | | 341(a) Meeting Date: | 06/06/06 |
| | | Claims Bar Date: | 09/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INCONSEQUENTIAL SO DA | | | | | |
| 16. WEDDING RING AND WATCH | 25.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. CAMERA | 50.00 | 50.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. 2000 FELLING TRAILER | 6,000.00 | 0.00 | | 0.00 | FA |
| ALREADY ENTERED AT ITEM 3 | | | | | |
| 19. CONSTRUCTION TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor claimed exemption; objection made INCLUDED IN SETTLEMENT | | | | | |
| 20. TWO CATS | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 21. BOBCAT | 20,000.00 | 0.00 | | 0.00 | FA |
| ALREADY ENTERED AT ITEM4 | | | | | |
| 22. TVs | 60.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 23. HOUSEHOLD GOODS AND FURNISHINGS | 1,050.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 24. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 25. DVDs AND VCR | 35.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 26. REMAX EXCROW ACCOUNT | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 27. WAGES HELD AT FILING | 609.60 | 0.00 | DA | 0.00 | FA |
| REQUESTED, BUT NOT PAID AND TOO SMALL TO LITIGATE SO DA | | | | | |

| Case No: | 06-40813  DDO  Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | LEVESSEUR, STEVEN B | Date Filed (f) or Converted (c): | 05/10/06 (f) |
| | | 341(a) Meeting Date: | 06/06/06 |
| | | Claims Bar Date: | 09/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. Post-Petition Interest Deposits (u) | Unknown | N/A | | 743.46 | Unknown |
| 29. DRIVEWAY REFUND (u) | 0.00 | 1,900.00 | | 1,900.00 | FA |
| 30. 2004 BUICK PARK AVENUE (u) | 0.00 | 16,856.00 | | 16,856.00 | FA |
| TRANSFERRED TO CAROL BOEHM | | | | | |
| 31. APPLIANCES IN SPEC HOMES (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 32. TRANSFER AVOIDANCE CLAIMS VS FAMILY MEMBERS (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| 33. JOHN DEERE 1445 TRACTOR (u) | 0.00 | 5,000.00 | | 11,000.00 | FA |
| 34. JOHN DEER X465 GARDEN TRACTOR (u) | 0.00 | 370.00 | | 370.00 | FA |
| 35. 2006 TAX REFUNDS (u) | 0.00 | 264.42 | | 264.42 | FA |
| 36. 2006 PROPERTY TAX REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| SAME AS ITEM 35 | | | | | |
| 37. $250 IN COSTS VS 1ST STATE BANK OF WYOMING (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| WILL BE DEEMED ABANDONED BECAUSE OF COOPERATION OF BANK IN AVOIDANCE | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $ 2,095,623.17 | $ 387,047.38 | $ 153,433.88 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIM ISSUES

Initial Projected Date of Final Report (TFR): 09/30/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1

Ver: 12.10a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 06-40813 -DDO |
| Case Name: | LEVESSEUR, STEVEN B |
| Taxpayer ID No: | *******3425 |
| For Period Ending: | 01/05/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3666 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/06 | | Fred W. Radde & Sons<br>Auction Account<br>New Germany, MN 55367 | Sale Of Estate Property<br>General Sale Of Estate Property | | 24,540.31 | | 24,540.31 |
| | 3 | FRED W. RADDE & SONS | Memo Amount: 4,300.00<br>Sale Of Felling Trailer | 1129-000 | | | |
| | 4 | | Memo Amount: 25,500.00<br>Sale of bobcat | 1129-000 | | | |
| | | | Memo Amount: ( 4,470.00 )<br>AUCTIONEER'S FEES | 3610-000 | | | |
| | | | Memo Amount: ( 789.69 )<br>Auctioneer's expenses | 3620-000 | | | |
| 06/22/06 | 000101 | Interarntional Sureties, Ltd.<br>ATTN: Marley V. Miller<br>203 Carondelolet, Ste. 500<br>New Orleans, LA 70112 | Trustee bond<br>Bond #016018055 | 2300-000 | | 20.15 | 24,520.16 |
| 06/30/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 24,523.48 |
| 07/12/06 | 000102 | Gordy's Lock and Key, Inc.<br>37683 Reed Avenue<br>Taylor Falls, MN 55084 | Re-keying houses | 2420-000 | | 615.25 | 23,908.23 |
| 07/13/06 | 29 | Fish Lake Township<br>Driveway fund<br>2041 Brunswick Rd<br>Harris, MN 55032 | Driveway Refund | 1229-000 | 1,900.00 | | 25,808.23 |
| * 07/13/06 | 000103 | Hermann Insurance Services, Inc.<br>Attn: Dave Burczek<br>P.O. Box 160<br>North Branch, MN 55056 | Insurance Premium | 2420-003 | | 911.00 | 24,897.23 |
| 07/24/06 | 30 | Cora I Boehm<br>3000 N Ocean Dr #2D | | 1229-000 | 16,856.00 | | 41,753.23 |

Page Subtotals  43,299.63  1,546.40

Ver: 12.10a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: | 06-40813 -DDO |
| Case Name: | LEVESSEUR, STEVEN B |
| Taxpayer ID No: | *******3425 |
| For Period Ending: | 01/05/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3666 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Singer Island, Fl 33404 | | | | | |
| 07/31/06 | 31 | The River Bank Chisago City | Appliances | 1229-000 | 2,000.00 | | 43,753.23 |
| 07/31/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.17 | | 43,776.40 |
| 07/31/06 | 000104 | Clerk, U.S. Bankruptcy Court 301 U.S. Courthouse 300 S. Fourth Street Minnrapolis, MN 55412 | Filing fee | 2700-000 | | 250.00 | 43,526.40 |
| 07/31/06 | | Transfer to Acct #*******3857 | Bank Funds Transfer | 9999-000 | | 250.00 | 43,276.40 |
| 08/06/06 | 31 | First State Bank of Wyoming P.O. Box 308 Wyoming, MN 55092 | APPLIANCES AT LITTLE PINE SPEC HOME | 1229-000 | 500.00 | | 43,776.40 |
| 08/31/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.68 | | 43,814.08 |
| * 09/17/06 | 000103 | Hermann Insurance Services, Inc. Attn: Dave Burczek P.O. Box 160 North Branch, MN 55056 | Insurance Premium DEBTOR REINSTATED POLICY AFTER TRUSTEE DISCOVERED | 2420-003 | | -911.00 | 44,725.08 |
| 09/17/06 | 000105 | FULLER, SEAVER & RAMETTE,P.A. 12400 PORTLAND AVENUE SO, STE 132 BURNSVILLE, MN 55337 | INTERIM TRUSTEE ATTORNEY FEES | 3110-000 | | 30,157.25 | 14,567.83 |
| 09/17/06 | 000106 | FULLER, SEAVER & RAMETTE, P.A.* 12400 PORTLAND AVE SO, STE 132 BURNSVILLE, MN 55337 | INTERIM TRUSTEE ATTY EXPENSES | 3120-000 | | 2,837.22 | 11,730.61 |
| 09/29/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.72 | | 11,758.33 |
| 10/01/06 | | Fred W. Radde & Sons Auction Account New Germany, MN 55367 | Sale of JD Tractor | | 8,973.44 | | 20,731.77 |
| | 33 | FRED W. RADDE & SONS | Memo Amount: 11,000.00 Sale of JD Tractor | 1229-000 | | | |

Page Subtotals    11,562.01    32,583.47

Ver: 12.10a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 06-40813 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | LEVESSEUR, STEVEN B | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3666 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3425 | | |
| For Period Ending: | 01/05/08 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount: ( 1,650.00 ) AUCTIONEER'S FEES | 3610-000 | | | |
| | | | Memo Amount: ( 376.56 ) Expenses of sale | 3620-000 | | | |
| 10/31/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.61 | | 20,748.38 |
| 11/05/06 | 000107 | Heartland Investigative Group | Investigation work | 3992-000 | | 2,632.29 | 18,116.09 |
| 11/30/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.76 | | 18,131.85 |
| 12/29/06 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.40 | | 18,147.25 |
| 01/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.42 | | 18,162.67 |
| 02/07/07 | | MANSFIELD TANICK & COHEN PA 220 S SIXTH ST., STE 1700 MINNEAPOLIS, MN 55402 | Settlement payment | | 90,300.00 | | 108,462.67 |
| | 32 | MANSFIELD TANICK & COHEN PA | Memo Amount: 30,000.00 Transfer avoidance claims | 1241-000 | | | |
| | 5 | | Memo Amount: 60,000.00 HOMESTEAD | 1110-000 | | | |
| | 34 | | Memo Amount: 300.00 GARDEN TRACTOR | 1229-000 | | | |
| 02/07/07 | 34 | MANSFIELD TANICK & COHEN PA 220 S SIXTH ST, STE 1700 MINNEAPOLIS, MN 55402 | Settlement payment-garden tractor | 1229-000 | 70.00 | | 108,532.67 |
| 02/28/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 55.87 | | 108,588.54 |
| 03/13/07 | 000108 | FULLER SEAVER & RAMETTE PA 12400 PORTLAND AVE SO, SUITE 132 BURNSVILLE, MN 55337 | 2nd Interim Attorney fees | 3110-000 | | 33,738.50 | 74,850.04 |
| 03/13/07 | 000109 | FULLER SEAVER & RAMETTE PA 12400 PORTLAND AVE SO, SUITE 132 BURNSVILLE, MN 55337 | 2nd Interim Attorney Expenses | 3120-000 | | 4,562.62 | 70,287.42 |
| 03/30/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 74.38 | | 70,361.80 |

Page Subtotals 90,563.44 40,933.41

Ver: 12.10a

LFORM24

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | |
|---|---|
| Case No: | 06-40813 -DDO |
| Case Name: | LEVESSEUR, STEVEN B |
| Taxpayer ID No: | *******3425 |
| For Period Ending: | 01/05/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3666 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 57.84 | | 70,419.64 |
| 05/17/07 | 35 | FIRST STATE BANK WYOMING, MN 55092 | 2006 TAX REFUNDS | 1224-000 | 264.42 | | 70,684.06 |
| 05/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 59.87 | | 70,743.93 |
| 06/20/07 | 000110 | INTERNATIONAL SURETIES, LTD ATTN: MARLEY V. MILLER 203 CARONDELOLET, STE 500 NEW ORLEANS, LA 70130 | TRUSTEE BOND | 2300-000 | | 81.88 | 70,662.05 |
| 06/29/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 58.14 | | 70,720.19 |
| 07/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.08 | | 70,780.27 |
| 08/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.11 | | 70,840.38 |
| 09/28/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 45.12 | | 70,885.50 |
| 10/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 45.15 | | 70,930.65 |
| 11/30/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 37.89 | | 70,968.54 |
| 12/31/07 | 28 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 33.93 | | 71,002.47 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 131,100.00 | COLUMN TOTALS | 146,147.63 | 75,145.16 | 71,002.47 |
| Memo Allocation Disbursements: | 7,286.25 | Less: Bank Transfers/CD's | 0.00 | 250.00 | |
| | | Subtotal | 146,147.63 | 74,895.16 | |
| Memo Allocation Net: | 123,813.75 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 146,147.63 | 74,895.16 | |

Page Subtotals  722.55  81.88

LFORM24

Ver: 12.10a

| Case No: | 06-40813 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | LEVESSEUR, STEVEN B | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******3857 Checking - Non Interest |
| Taxpayer ID No: | *******3425 |  |  |
| For Period Ending: | 01/05/08 | Blanket Bond (per case limit): | $ 18,736,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/06 | | Transfer from Acct #*******3666 | Bank Funds Transfer | 9999-000 | 250.00 | | 250.00 |
| 07/31/06 | 001001 | UNITED STATES BANKRUPCTY COURT OFFICE OF THE CLERK 300 S. FOURTH STREET MINNEAPOLIS, MN 55415 | FILING FEE | 2700-000 | | 250.00 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 250.00 | 250.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 250.00 | 0.00 | |
|  |  | Subtotal | 0.00 | 250.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors |  | 0.00 | |
|  |  | Net | 0.00 | 250.00 | |

|  |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 131,100.00 | Money Market - Interest Bearing - *******3666 | 146,147.63 | 74,895.16 | 71,002.47 |
| Total Allocation Disbursements: | 7,286.25 | Checking - Non Interest - *******3857 | 0.00 | 250.00 | 0.00 |
| Total Memo Allocation Net: | 123,813.75 | | 146,147.63 | 75,145.16 | 71,002.47 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   250.00   250.00

Ver: 12.10a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 06-40813　　DDO　　　　　　　　　　　　　Page  1　　　　　　　　　　　　　　　　　　Date: January 5, 2008

Debtor Name: LEVESSEUR, STEVEN B

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---:|---:|---:|---:|---:|
|  | Beginning Balance |  |  |  |  |  |  | $71,002.47 |
|  | RANDALL L. SEAVER COMPENSATION | Admin |  | $10,921.69 | $0.00 | $10,921.69 | $10,921.69 | $60,080.78 |
|  | RANDALL L. SEAVER EXPENSES | Admin |  | $124.07 | $0.00 | $124.07 | $124.07 | $59,956.71 |
| 000019 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $980.75 | $0.00 | $980.75 | $980.75 | $58,975.96 |
| 000020 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $75.00 | $0.00 | $75.00 | $75.00 | $58,900.96 |
| 000021 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $1,463.75 | $0.00 | $1,463.75 | $1,463.75 | $57,437.21 |
| 000022 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $154.73 | $0.00 | $154.73 | $154.73 | $57,282.48 |
| 000023 | LINDA  M. BERREAU | Admin | 025 | $1,596.50 | $0.00 | $1,596.50 | $1,596.50 | $55,685.98 |
| 000024 | LINDA M. BERREAU * | Admin | 025 | $44.20 | $0.00 | $44.20 | $44.20 | $55,641.78 |
| 000001 | HSBC Bank Nevada NA / HSBC Card Services III | Unsec | 070 | $25,466.08 | $0.00 | $25,466.08 | $3,598.23 | $52,043.55 |
| 000005 | Norway Electric Company, Inc. | Unsec | 070 | $18,858.00 | $0.00 | $18,858.00 | $2,664.54 | $49,379.01 |
| 000007 | US BANK NA | Unsec | 070 | $35,220.96 | $0.00 | $35,220.96 | $4,976.55 | $44,402.46 |
| 000010 | E & D Excavating | Unsec | 070 | $15,124.00 | $0.00 | $15,124.00 | $2,136.95 | $42,265.51 |
| 000011 | US BANK NA* | Unsec | 070 | $24,506.96 | $0.00 | $24,506.96 | $3,462.71 | $38,802.80 |
| 000013 | 1st St Bank of Wyoming | Unsec | 070 | $12,399.48 | $0.00 | $12,399.48 | $1,751.98 | $37,050.82 |
| 000016 | Micheal & Karen Chopp* | Unsec | 070 | $21,844.00 | $0.00 | $21,844.00 | $3,086.45 | $33,964.37 |
| 000017 | Micheal & Karen Chopp | Unsec | 070 | $15,000.00 | $0.00 | $15,000.00 | $2,119.42 | $31,844.95 |
| 000018 | Lamperts YARDS INC * | Unsec | 070 | $197,379.18 | $0.00 | $197,379.18 | $27,888.69 | $3,956.26 |
| 000019 | TAR PAPER SHACKS INC | Unsec | 070 | $20,000.00 | $0.00 | $20,000.00 | $2,825.90 | $1,130.36 |
| 000020 | REMAX ASSOCIATES PLUS | Unsec | 070 | $8,000.00 | $0.00 | $8,000.00 | $1,130.36 | $0.00 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| << Totals >> | | | | $409,159.35 | $0.00 | $409,159.35 | $71,002.47 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 06-40813 DDO
**Debtor:** LEVESSEUR, STEVEN B

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $153,433.88

|  |  | $153,433.88 | 25% of First $5,000 | $1,250.00 |
|---|---|---|---|---|
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $148,433.88 | 10% of Next $45,000 | $4,500.00 |
| Less | - | $45,000.00 | ($4,500 Maximum) |  |
| Balance |  | $103,433.88 | 5% of Next $950,000 | $5,171.69 |
| Less | - | $103,433.88 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $10,921.69
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$10,921.69**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| : UCC SEARCH 1  @ 53.50 | $53.50 |
|---|---|
| COPY: Photocopy/Duplication Expense 227 pages @ 0.25 / page | $56.75 |
| COPY: Photocopy/Duplication Expense 1 page @ 3.15 / page | $3.15 |
| POST: Postage 13 each @ 0.41 / each | $5.33 |
| POST: Postage 1 each @ 1.23 / each | $1.23 |
| POST: Postage 1 each @ 1.56 / each | $1.56 |
| POST: Postage 1 each @ 2.55 / each | $2.55 |

TOTAL EXPENSES CALCULATED: $124.07
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$124.07**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$11,045.76**

**DATED: 01/05/08**

# Compensation and Expenses Worksheet

**Case Number:** 06-40813 DDO
**Debtor:** LEVESSEUR, STEVEN B

**SIGNED** _____  **TRUSTEE:** RANDALL L. SEAVER
                                                                12400 PORTLAND AVENUE SOUTH
                                                                SUITE 132
                                                                BURNSVILLE, MN  55337