MN-304
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 06-40813-DDO |
| LEVESSEUR, STEVEN B | ) | |
| | ) | TRUSTEE'S FINAL ACCOUNT, |
| | ) | CERTIFICATION, AND APPLICATION FOR |
| Debtor (s) | ) | DISCHARGE |

    The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report and Proposed Distribution (TFR) has been filed and disbursements have been completed. All original bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee.

    The trustee's distribution of gross receipts of $153,478.31 is summarized below:

| $ | 10,921.69 | a. | Trustee Compensation |
|---|---|---|---|
| $ | 66,340.25 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 10,348.79 | d. | Other Professionals |
| $ | 10,181.37 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 55,686.21 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 153,478.31 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 153,478.31 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

    Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account, Certification, and Application for Discharge be accepted, and that the Court close the case and discharge the trustee of any further duties.

Dated:  May 17, 2008                             /e/ Randall L. Seaver
                                                               RANDALL L. SEAVER, Trustee
                                                               12400 PORTLAND AVENUE SOUTH
                                                               SUITE 132
                                                               BURNSVILLE, MN 55337

## REVIEW BY UNITED STATES TRUSTEE

      The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated:   06/09/08                                HABBO G. FOKKENA
                                                            UNITED STATES TRUSTEE
                                                            Region 12

                                                           By: _____

# FINAL DISTRIBUTION

Case Number: 06-40813    DDO                                    Page  1                                    Date: May 28, 2008
Debtor Name: LEVESSEUR, STEVEN B

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $10,921.69 | $10,921.69 | $0.00 | $0.00 | $0.00 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $124.07 | $124.07 | $0.00 | $0.00 | $0.00 |
| 000019 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $980.75 | $980.75 | $0.00 | $0.00 | $0.00 |
| 000020 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 |
| 000021 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $1,463.75 | $1,463.75 | $0.00 | $0.00 | $0.00 |
| 000022 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $154.73 | $154.73 | $0.00 | $0.00 | $0.00 |
| 000023 | LINDA M. BERREAU | Admin | 025 | $1,596.50 | $1,596.50 | $0.00 | $0.00 | $0.00 |
| 000024 | LINDA M. BERREAU * | Admin | 025 | $44.20 | $44.20 | $0.00 | $0.00 | $0.00 |
| 000001 | HSBC Bank Nevada NA / HSBC Card Services III | Unsec | 070 | $25,466.08 | $3,601.10 | $21,864.98 | $0.00 | $0.00 |
| 000005 | Norway Electric Company, Inc. | Unsec | 070 | $18,858.00 | $2,666.67 | $16,191.33 | $0.00 | $0.00 |
| 000007 | US BANK NA | Unsec | 070 | $35,220.96 | $4,980.52 | $30,240.44 | $0.00 | $0.00 |
| 000010 | E & D Excavating | Unsec | 070 | $15,124.00 | $2,138.65 | $12,985.35 | $0.00 | $0.00 |
| 000011 | US BANK NA* | Unsec | 070 | $24,506.96 | $3,465.48 | $21,041.48 | $0.00 | $0.00 |
| 000013 | 1st St Bank of Wyoming | Unsec | 070 | $12,399.48 | $1,753.38 | $10,646.10 | $0.00 | $0.00 |
| 000016 | Micheal & Karen Chopp* | Unsec | 070 | $21,844.00 | $3,088.91 | $18,755.09 | $0.00 | $0.00 |
| 000017 | Micheal & Karen Chopp | Unsec | 070 | $15,000.00 | $2,121.12 | $12,878.88 | $0.00 | $0.00 |
| 000018 | Lamperts YARDS INC * | Unsec | 070 | $197,379.18 | $27,910.96 | $169,468.22 | $0.00 | $0.00 |
| 000019 | TAR PAPER SHACKS INC | Unsec | 070 | $20,000.00 | $2,828.16 | $17,171.84 | $0.00 | $0.00 |
| 000020 | REMAX ASSOCIATES PLUS | Unsec | 070 | $8,000.00 | $1,131.26 | $6,868.74 | $0.00 | $0.00 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $409,159.35 | $71,046.90 | $338,112.45 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.